FILED

FEB 26 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD LYNDON MEZA,<br><br>Defendant. | CR 11-133-BLG-SPW-2<br><br>ORDER |

For the reasons stated on the record, RICHARD LYNDON MEZA is hereby released from the custody of the U.S. Marshals Service.

DATED this 26th day of February, 2019.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1